**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROSANNA PEREZ,

  Plaintiff,

v.              Case No: 6:25-cv-1083-ACC-LHP

SAM'S EAST, INC. and JANE DOE,

  Defendants

---

**ORDER**

  Pursuant to 28 U.S.C. § 455, and in the interest of justice, I hereby recuse myself from this matter. A member of my family is associated with a law firm representing a party in this case. The Clerk of Court is directed to reassign this case to another United States Magistrate Judge.

  **DONE** and **ORDERED** in Orlando, Florida on June 23, 2025.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties